**Order filed August 13, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00159-CV
_____

**CALCON MUTUAL MORTGAGE, LLC D/B/A ONETRUST HOME LOANS, Appellant**

**V.**

**MATTHEW HECKEL AND PAULA PROSSER, Appellees**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1117129**

---

## O R D E R

Appellant's brief was due August 5, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **September 4, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM